UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Wilfredo Figueroa-Berrios          Case: 19-41669
                                                           JUDGE: Paul R. Hage
                                                           Chapter 13

_____/

APPLICATION FOR VOLUNTARY DISMISSAL OF CHAPTER 13

Pursuant to 11 U.S.C. 1307(b) the Debtor(s), requests that the Chapter 13 Bankruptcy be dismissed.

/s/ Wilfredo Figueroa-Berrios                      Date: 10/2/2025
Wilfredo Figueroa-Berrios DEBTOR

/s/ Marshall D. Schultz                            Date: 9/24/2025
Marshall D. Schultz (P38040)
Attorney at Law
29777 Telegraph Road, Ste. 2203
Southfield, MI 48034
(248) 559-6930
Marshalld.schultz@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Wilfredo Figueroa-Berrios           Case: 19-41669
                                                                                JUDGE: Paul R. Hage
                                                                                Chapter 13

_____/

ORDER FOR VOLUNTARY DISMISSAL OF CASE

      This matter came before the Court upon the Debtor's motion for voluntary dismissal of this Chapter 13 Case ("Motion"; ECF No.    ).  The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

      NOW, THEREFORE, IT IS HEREBY ORDERED that this Chapter 13 Bankruptcy case is dismissed.