Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **19−41669−prh**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Wilfredo Figueroa−Berrios
   4306 Elizabeth Street
   Wayne, MI 48184

Social Security No.:
   xxx−xx−9478

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order for Voluntary Dismissal of Case (Related Doc # 118)** was entered on **10/6/25** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 10/6/25

                      BY THE COURT


                      Todd M. Stickle , Clerk of Court
                      UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:     Case No. 19-41669-prh
Wilfredo Figueroa-Berrios     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 3
Date Rcvd: Oct 06, 2025     Form ID: ntcdsm     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfredo Figueroa-Berrios, 4306 Elizabeth Street, Wayne, MI 48184-2154 |
| 25755319 | + | City of Wayne - Water Dept., 3355 S. Wayne Road, Wayne, MI 48184-1232 |
| 25755320 | | Degara Garden City APP, PLL, PO Box 4458 Dept 212, Houston, TX 77210-4458 |
| 25755321 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 25755323 | + | Garden City Hospital, 6245 Inkster Road, Garden City, MI 48135-4001 |
| 25755324 | + | Harvey Babcock & Assoc., for Oakwood Health Stsrems, 30445 Northwestern Hwy., #230, Farmington Hills, MI 48334-3109 |
| 25755330 | | Michigan Healthcare Professionals PC, 29992 Northwestern Hwy., Suite C/CMC Unit, Farmington, MI 48334-3292 |
| 25755331 | + | Natalie Parker, 1541 Brookview, Canton, MI 48188-1233 |
| 26879928 | + | Natalie Parker-Aular, 1541 Brookview, Canton, MI 48188-1233 |
| 25755332 | + | Natalie Parker-Aular, c/o Frank & Frank, PLLC, 30833 Northwestern Hwy. Suite 205, Farmington, MI 48334-2582 |
| 25755334 | + | Oakwood Healthcare System, PO Box 2805, Dearborn, MI 48123-2803 |
| 25755336 | | Professional Emergency Care, Dept. 77974, PO Box 77000, Detroit, MI 48277-0974 |
| 25755338 | + | St. John Providence Health System, 26533 Evergreen Road, Southfield, MI 48076-4234 |
| 25755340 | + | Sue Ann Canvasser, 43252 Woodward Avenue #190, Bloomfield Hills, MI 48302-5045 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25755318 | ^ | MEBN | Oct 06 2025 21:37:28 | CBCS, PO Box 163333, Columbus, OH 43216-3333 |
| 25755314 | + | EDI: CAPIO.COM | Oct 07 2025 01:31:00 | Capio Partners, 2222 Texoma Parkway, Suite 250, Sherman, TX 75090-2481 |
| 25755315 | + | EDI: CAPIO.COM | Oct 07 2025 01:31:00 | Capio Partners Llc, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 25755316 | + | EDI: CAPITALONE.COM | Oct 07 2025 01:31:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 25755317 | + | EDI: CAPONEAUTO.COM | Oct 07 2025 01:31:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 25761845 | + | EDI: AISACG.COM | Oct 07 2025 01:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25885300 | + | EDI: AISACG.COM | Oct 07 2025 01:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 25885620 | | EDI: CAPITALONE.COM | Oct 07 2025 01:31:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25896862 | + | EDI: DTEE.COM | Oct 07 2025 01:31:00 | DTE Energy, One Energy Plaza, WCB 735, Detroit, MI 48226-1221 |
| 25755322 | + | Email/Text: bankruptcy@fcoa.com | Oct 06 2025 21:41:00 | Financial Corporation of America, 12515 Research Bldg 2, Suite 100, Austin, TX 78759-2247 |

| | | | | |
|---|---|---|---|---|
| 25755325 | | EDI: IRS.COM | Oct 07 2025 01:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25755326 | + | Email/Text: lisak@jjmarshallinc.com | Oct 06 2025 21:41:00 | J J Marshall Associate, 28820 Mound Road, Warren, MI 48092-5510 |
| 25755327 | | Email/Text: bankruptcy@r1rcm.com | Oct 06 2025 21:41:00 | Medical Financial Solutions, PO Box 50871, Kalamazoo, MI 49005 |
| 25755339 | | Email/Text: mdhhs-ocs-cfu-staff2@michigan.gov | Oct 06 2025 21:41:00 | State Of Mi Office Chi, Po Box 30478, Lansing, MI 48909 |
| 25755328 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Oct 06 2025 21:43:00 | Michigan Accounts Receivable Coll Sys, PO BOX 30149, Lansing, MI 48909-7649 |
| 26069032 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Oct 06 2025 21:43:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909, 5 48909-7668 |
| 25755329 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Oct 06 2025 21:43:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668 |
| 25755333 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 06 2025 21:47:25 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 25900427 | | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 06 2025 21:47:38 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 25779237 | + | EDI: AGFINANCE.COM | Oct 07 2025 01:31:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 25755335 | + | EDI: AGFINANCE.COM | Oct 07 2025 01:31:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 25758120 | + | EDI: PRA.COM | Oct 07 2025 01:31:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25755337 | | Email/Text: rdkcollects@gmail.com | Oct 06 2025 21:42:00 | RDK Collections Services Inc., 318 John R Road, PMB 321, Troy, MI 48083-4542 |
| 25755341 | + | Email/Text: USAMIE.BNCElectronicBankruptcyNotices@usdoj.gov | Oct 06 2025 21:41:00 | U.S. Attorney, Civil Division, Internal Revenue Service, 211 W. Fort Street #2001, Detroit, MI 48226-3220 |
| 25970643 | ^ | MEBN | Oct 06 2025 21:37:31 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 27570184 | + | Email/Text: EBN@edfinancial.com | Oct 06 2025 21:41:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 26060990 | | Email/Text: FOCLitigation@3rdcc.org | Oct 06 2025 21:42:00 | Wayne County Friend of the Court, Attn: Bankruptcy Department, 645 Griswold Street, Detroit, MI 48226-4005 |
| 25807461 | + | Email/Text: WCTBankruptcy@waynecounty.com | Oct 06 2025 21:43:00 | WAYNE COUNTY TREASURER, 400 MONROE, 5TH FLOOR, DETROIT, MICHIGAN 48226-2964 |
| 25755342 | + | Email/Text: WCTBankruptcy@waynecounty.com | Oct 06 2025 21:43:00 | Wayne County Treasurer, 400 Monroe Street, Suite 520, Detroit, MI 48226-2942 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marshall D. Schultz | on behalf of Debtor Wilfredo Figueroa-Berrios marshalld.schultz@gmail.com mdslaw203@gmail.com;R41917@notify.bestcase.com |
| Melinda B. Oviatt | on behalf of Creditor Wayne County Treasurer moviatt@kaalaw.com |
| Richardo I. Kilpatrick | on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;crik11@trustesolutions.net |
| Tami R. Salzbrenner | on behalf of Creditor Natalie Parker-Aular tami@frankfirm.com  frankandfrankpllc@gmail.com |
| Tammy L. Terry | mieb_ecfadmin@det13.net |

TOTAL: 5